Loan #:

Doc# 2012021627
Bk 16328 Pg 819
Received York SS
05/23/2012   2:17PM
Debra L. Anderson
Register of Deeds



(6) IP - Nationwide Title 2100 Alt 19 Palm Harbor FL 34683

## ASSIGNMENT OF MORTGAGE

Contact JPMORGAN CHASE BANK, N.A. for this instrument 780 Kansas Lane, Suite A, Monroe, LA 71203, telephone # (866) 756-8747, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR VIRTUALBANK, A DIVISION OF LYDIAN PRIVATE BANK, ITS SUCCESSORS AND ASSIGNS (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, sell, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-AR8 TRUST, WHOSE ADDRESS IS 700 KANSAS LANE, MC 8000, MONROE, LA 71203 (866)756-8747, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE).

Said Mortgage dated 07/21/2006, made by **PETER F. PIKE AND CHRISTINA PIKE** to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC and recorded on 07/27/2006 in Volume 14908, Page 0829 in the office of the Recorder of YORK County, Maine.

IN WITNESS WHEREOF, this assignment was executed on 05 / 03 /2012 (MM/DD/YYYY).

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR VIRTUALBANK, A DIVISION OF LYDIAN PRIVATE BANK, ITS SUCCESSORS AND ASSIGNS

By: _Solita Porter_
Solita Porter
VICE PRESIDENT

STATE OF LOUISIANA   PARISH OF OUACHITA
Before me on 05/03/2012 (MM/DD/YYYY), personally appeared Solita Porter, as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR VIRTUALBANK, A DIVISION OF LYDIAN PRIVATE BANK, ITS SUCCESSORS AND ASSIGNS, who being authorized to do so, executed the foregoing instrument for the purposes therein contained by his/her/their free act and deed. He/she/they is (are) personally known to me.

_Eva Reese_
Eva Reese
Notary Public - State of LOUISIANA
Commission expires: Upon My Death

(Notary seal: EVA REESE NOTARY 17070 PUBLIC)

Instrument Prepared By/Return To: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683
(800)346-9152

JPCAS   - WAMU   MIN 100257000001060746 MERS PHONE 1-888-679-MERS
FRMME1

### CERTIFICATE
The page to which this certificate is affixed is a full, true and correct copy of the original on file and of record in my office.

ATTESTED: _Debra L Anderson_
York County Register of Deeds
Debra L. Anderson

**EXHIBIT D**