

## QUITCLAIM ASSIGNMENT

WHEREAS, the Federal Deposit Insurance Corporation ("FDIC") as Receiver for Lydian Private Bank, N.A., also known of record as Virtual Bank, a division of Lydian Private Bank, whose address is c/o IBERIABANK, 200 West Congress Street, Lafayette, Louisiana, is the Lender ("Lender") on a certain mortgage executed by Peter F. Pike and Christina Pike and bearing the date of the 21st day of July, 2006 and recorded on the 27th day of July, 2006 in the York County Registry of Deeds in Book 14908, Page 829 (the "Mortgage");

WHEREAS, **Lender** has certain rights that are described in the Mortgage;

WHEREAS, **Mortgage Electronic Registration Systems, Inc. ("MERS")**, was designated the mortgagee in the Mortgage as the nominee of **Lender** and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage; and

WHEREAS, **Lender** wishes to convey and assign any and all rights it may have under the Mortgage.

WHEREAS, the person executing this Assignment as Attorney-in-Fact pursuant to the Limited Power of Attorney granted by the FDIC hereby certifies to the best of his or her knowledge that such Limited Power of Attorney has not been revoked or modified and is still in full force. This assignment is made without recourse, representation or warranty, express or implied, by the FDIC in its corporate power or as Receiver.

Accordingly, **Lender** hereby assigns and quit claims to **U.S. Bank, N.A. Successor Trustee to Bank of America, N.A. Successor-in-Interest to LaSalle Bank N.A., as Trustee, on Behalf of The Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR8** all of its rights, title and interests (whatever they may be, if any) in the Mortgage to **U.S. Bank, N.A. Successor Trustee to Bank of America, N.A. Successor-in-Interest to LaSalle Bank N.A., as Trustee, on Behalf of The Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR8.**

Dated: APRIL 06, 2018

FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR LYDIAN PRIVATE BANK,
WEST PALM BEACH, FLORIDA, ALSO KNOWN
OF RECORD AS VIRTUALBANK, A DIVISION OF
LYDIAN PRIVATE BANK

*Kimberly M. Trikes* (signature)
Title: Attorney-in-Fact
Type/Print Name: Kimberly M. Trikes

Preti Flaherty PO Box 9546 Portland ME 04112

1→2p

EXHIBIT
12420275.1
E

Note: Information regarding the appointment of the FDIC as Receiver of Lydian Private Bank may be found at www.fdic.gov. If the FDIC Limited Power of Attorney pursuant to which this Assignment has been executed has not been recorded previously in this County, then a certified copy of the FDIC Limited Power of Attorney is recorded immediately following this Assignment. If the FDIC Limited Power of Attorney has been recorded previously in this County, then it may be found at:

Limited Power of Attorney recorded in Official Records Book 17684, page 626, instrument number 2018011482 of the Public Records for York County, Maine.

STATE OF FLORIDA
COUNTY OF PALM BEACH

Personally appeared before me this 6th day of April, 2018, the above-named Kimberly M. Trikes, as Attorney-in-Fact of and on behalf of the Federal Deposit Insurance Corporation, as Receiver for Lydian Private Bank, West Palm Beach, Florida, also known of record as VirtualBank, a division of Lydian Private Bank and acknowledged the foregoing to be his/her free act and deed in said capacity.

Type/Print Name: 
Notary Public
My Commission Expires:

PROPERTY ADDRESS:
43 Shagbark Lane, Eliot, Maine 03903

MARY L. LAWRENCE
MY COMMISSION # FF 213412
EXPIRES: March 24, 2019
Bonded Thru Notary Public Underwriters

12420275.1