UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank NA, as Trustee, on Behalf of the Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR8 vs. Peter F. Pike and Christina Pike

DOCKET NO:  2:19-cv-00396-JDL

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1. | | | **Promissory Note** in the amount of $399,000.00, executed by Peter F. Pike and Christina Pike, on July 21, 2006, for the benefit of Virtualbank, a Division of Lydian Private Bank (with Bailee Letter) | Objection reserved pending review of original Note | | | |
| 2. | | | **Mortgage** to Mortgage Electronic Registration Systems, Inc. as nominee for VIRTUALBANK, a Division of Lydian Private Bank, dated July 21, 2006, recorded in the York County Registry of Deeds in Book 14908, Page 829; | No objection | | | |
| 3. | | | **Assignment of Mortgage** from Mortgage Electronic Registration Systems, Inc. as nominee for VirtualBank, a Division of Lydian Private Bank to U.S. Bank, National Association as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR8 Trust, dated, May 3, 2012, and recorded in the York County Registry of Deeds in Book 16328, Page 819 | No objection | | | |
| 4. | | | **Quitclaim Assignment** from Federal Deposit Insurance Corporation as Receiver for Lydian Private Bank, N.A., also known of record as Virtual Bank, a division of Lydian Private Bank, to U.S. Bank, National Association as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR8 Trust, dated April 6, 2018, and recorded in Book 17692, Page 896 | No objection | | | |
| 5. | | | **Notice in Compliance with 14 M.R.S. § 6111** | X | | | |
| 6. | | | **Affidavit of Commencement** | No objection | | | |
| 7. | | | **Judgment Figures/Payment History** | Objection Reserved | | | |
| 8. | | | **Military Status Report** | No objection | | | |
| 9. | | | **Defendant's Response to Plaintiff's Request for Admissions** | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | | | **March 2023 Broker's Price Opinion** | X | | |
| 11. | | | **Peter Pike's #12-20882 Chapter 7 Bankruptcy Docket, Petition and Discharges** | No objection | | |
| 12. | | | **Christina Pike's #14-20044 Chapter 7 Bankruptcy Docket, Petition and Discharges** | No objection | | |
| 13. | | | **Letter from Peter F. Pike and Christina N. Pike to SPS,** dated July 1, 2019 re Counter Proposal for Trial Mortgage Modification Agreement | X | | |
| 14. | | | **Deposition Transcripts** of Peter F. Pike and Christina Pike | No objection | | |