UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank NA, as Trustee, on Behalf of the Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR8<br><br>Plaintiff<br><br>vs.<br><br>Peter F. Pike and Christina Pike<br><br>Defendants<br><br>USAA Federal Savings Bank ("USAA FSB")<br><br>Party-In-Interest | CIVIL ACTION NO: 2:19-cv-00396-JDL<br><br><br><br>CONSENTED TO MOTION TO EXTEND DEADLINE FOR FILING OF POST-TRIAL BRIEFING BY FIVE (5) DAYS<br><br>RE:<br>43 Shagbark Lane, Eliot, ME 03903<br><br>Mortgage:<br>July 21, 2006<br>Book 14908, Page 829 |

**NOW COMES** the Plaintiff, U.S. Bank NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank NA, as Trustee, on Behalf of the Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR8 ("U.S. Bank"), by and through undersigned counsel, and hereby moves for this Honorable Court to extend the deadline for post-trial briefing as to M.R.S. §6111 by five (5) days to Wednesday, August 23, 2023. As grounds therefore, undersigned counsel for Plaintiff states additional time is needed to provide a thorough brief detailing the legislative history and the supposed legislative intent of M.R.S. §6111. Counsel for Defendants, Peter L. Hatem, Esq. consents to the filing of this said Motion.

WHEREFORE, based on foregoing, Plaintiff respectfully requests that this Honorable Court extend the deadline for post-trial briefing as to M.R.S. §6111 by five (5) days to Wednesday, August 23, 2023

Respectfully submitted this 18th day of August 2023

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 18th day of August 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## SERVICE LIST

Peter L. Hatem
200 U.S. Route 1
Suite 210
Scarborough, ME 04074-6003


USAA Federal Savings Bank ("USAA FSB")
10750 McDermott Freeway
San Antonio, TX 78288