# United States Court of Appeals
## For the First Circuit

No. 23-1968

U.S. BANK NA, Successor Trustee to Bank of America, NA, Successor in Interest to LaSalle Bank NA, as Trustee, on behalf of the Holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR8,

Plaintiff - Appellant,

v.

PETER F. PIKE; CHRISTINA PIKE,

Defendants - Appellees.

**JUDGMENT**

Entered: February 27, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Reneau Jean Longoria
Peter L. Hatem